IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HALE,

      Plaintiff,                    No. CIV S-07-2500 LEW KJM PS

  vs.

PAUL ENJALRAN, et al.,

      Defendants.            <u>ORDER</u>

/

        This action was removed from the Superior Court for the County of Solano. Defendants have requested an extension of time to respond to the complaint. Good cause appearing, IT IS HEREBY ORDERED that defendants shall answer or otherwise respond no later than December 24, 2007.

DATED: November 30, 2007.

                                                  U.S. MAGISTRATE JUDGE

006
hale.eot

1